

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00022-CV
_____

IN THE MATTER OF THE MARRIAGE OF BRITTANY REEVES
AND DAVID LEE REEVES, JR.

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 20-1083

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     July 6, 2021
Date Decided:     July 7, 2021